v.

**Lee Maurice CLEMMONS, Appellant.**

No. WD 50068.

Missouri Court of Appeals,
Western District.

June 25, 1996.

**Rocco B. KING, Appellant,**

v.

STATE of Missouri, Respondent.

No. WD 52236.

Missouri Court of Appeals,
Western District.

June 25, 1996.

Before LAURA DENVIR STITH, P.J., and ULRICH and SMART, JJ.

Jarrett A. Johnson, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

Lee M. Clemmons appeals from a jury verdict finding him guilty of one count of

### ORDER

PER CURIAM.

The defendant appeals from the denial of his Rule 24.035 motion for post-conviction

relief without an evidentiary hearing. Affirmed. Rule 84.16(b).